# TRANSMITTAL SHEET

TO: Clerk, U.S. Court of Appeals, 8th Circuit            DATE:   January 27, 2021

FROM: Clerk, U.S. District Court, Southern District of Iowa - Davenport


Appeal Number:     **21-1027**

District Court Number:     3:19-cr-00057

Name:     USA v. Anthony Collins


TRANSMITTED HEREWITH:


Original File:


Designated Clerk's Record:


Sealed Docs:       **One SEALED Judgment (#51) - 3 SEALED Copies**
                   **One SEALED Deft Exhibit (#48) – 3 SEALED Copies**
                   **One SEALED Deft Exhibits (#47) – 3 SEALED Copies**
                   **One SEALED PSIR (#41) - 3 SEALED Copies**

Transcript:        **One Sentencing Transcript (#56) – 1 Copy**


Exhibits:


Comments: