## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 21-1027

United States of America

Appellee

v.

Anthony David Collins

Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:19-cr-00057-JAJ-1)

---

**MANDATE**

In accordance with the judgment of 04/27/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 27, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit